IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BARBARA YAHYA                                                              PLAINTIFF

    VS.                                    CIV-11-2190

GREATER NORTHEASTERN MANAGEMENT,
LLC also known as GNE MANAGEMENT                        DEFENDANTS

CLERK'S ORDER OF VOLUNTARY DISMISSAL

   Pursuant to Fed.RCiv.P.41(a)(1)(A)(I), and Notice by Plaintiff, this case is hereby dismissed without prejudice.  This case is dismissed without costs to any party.

 Dated this 12th  Day of December,  2011.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK

BY:     __/s/ Sallie Hicks  Deputy Clerk